UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re:  James Henry Cyriax | ) | Case No:    21-31764 |
| | ) | Chapter 13 |

## OBJECTION TO CONFIRMATION

**COMES NOW,** Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, and moves this Court to deny confirmation of the Chapter 13 Plan filed on May 28, 2021, for the cause as follows:

1. The Debtors filed this Chapter 13 Petition on May 28, 2021 under 11 U.S.C. Chapter 13, now pending in the United States Bankruptcy Court, Eastern District of Virginia, Richmond Division.

2. This Objection is filed pursuant to 11 U.S.C. 1325 (a) (1) and 11 U.S.C. 1325 (a) (9).

3. The above filed Chapter 13 case is not eligible for confirmation due to the Debtor's failure to file and provide copies of state tax returns, as required by 11 U.S.C. 1308, for 2019 through 2020, pursuant to the IRS proof of claim.

4. The Trustee requests proof of all lien on the real estate to verify the liquidation of the real estate.

WHEREFORE, for the reasons stated herein, the Chapter 13 Trustee, by Counsel, Susan H. Call, respectfully moves the Court to deny confirmation of the Debtors' proposed Chapter 13 Plan as filed with the Court, and for such further and other relief as in the premises may seem just.

Date: July 22, 2021                                                   /s/Susan H. Call
                                                                                    Susan H. Call, Counsel for
                                                                                    Carl M. Bates
                                                                                    Chapter 13 Trustee


## Certificate of Service

I hereby certify that on July 22, 2021, I have mailed or hand-delivered a true copy of the foregoing Objection to Confirmation to the debtor(s), James Henry Cyriax, 14337 Old Bond St, Chesterfield, VA 23832 and electronically sent to debtor's attorney, James E. Kane, Esquire, jkane@kaneandpapa.com.

                                                                                    /s/Susan H. Call
                                                                                    Susan H. Call, Counsel for
                                                                                    Carl M. Bates
                                                                                    Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:   James Henry Cyriax                             )        Case No:    21-31764
                                                        )        Chapter 13

Debtor Address        14337 Old Bond St
                      Chesterfield, VA 23832

Last four digits of Social Security No(s).:    5806

**NOTICE OF OBJECTION TO CONFIRMATION**

      Susan H. Call, Counsel for Carl M. Bates the Chapter 13 Trustee, has filed papers with the Court objecting to confirmation of your Chapter 13 Plan, which was filed in this case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

      If you do not want the court to grant the relief sought in the objection, or if you want the court to consider your views on the objection, then on or before three (3) days before the date of the hearing, you or your attorney must:

__X__   File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                Clerk of Court
                United States Bankruptcy Court
                701 East Broad Street, Suite 4000
                Richmond, VA 23219

You must also mail a copy to:

                Susan H. Call, Counsel for
                Carl M. Bates
                Chapter 13 Trustee
                P.O. Box 1819
                Richmond, VA 23218

_____   Attend a hearing to be scheduled at a later date.  You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367

   X        Attend the hearing on the objection scheduled to be held on **August 11, 2021** at **9:10 am** at United States Bankruptcy Court.

**REMOTE HEARING INFORMATION:**

Due to the COVID−19 public health emergency, no in-person hearings are being held.
This hearing will take place remotely through Zoom on the date and time scheduled herein.

To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

\*\*\*The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.\*\*\*

**PLEASE NOTE**: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date:   July 22, 2021                                   /s/Susan H. Call
                                                                                            Susan H. Call, Counsel for
                                                                                            Carl M. Bates
                                                                                            Chapter 13 Trustee
                                                                                            P.O. Box 1819
                                                                                            Richmond, VA 23218-1819
                                                                                            VSBN 34367

**Certificate of Service**

I hereby certify that on July 22, 2021, I have mailed or hand-delivered a true copy of the foregoing Notice of Objection to Confirmation to the debtor(s), James Henry Cyriax, 14337 Old Bond St, Chesterfield, VA 23832 and electronically sent to debtor's attorney, James E. Kane, Esquire, jkane@kaneandpapa.com.

                                                                                            /s/Susan H. Call
                                                                                           Susan H. Call, Counsel for
                                                                                           Carl M. Bates, Chapter 13 Trustee

Susan H. Call, Esquire
Staff Counsel for
Carl M. Bates, Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  34367