**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES HENRY CYRIAX ) | Case No. 21−31764−KLP |
| ) | Chapter 13 |
| Debtor ) | |

**SECOND MOTION FOR EXTENSION OF TIME FOR FILING**
**AMENDED CHAPTER 13 PLAN AND RELATED MOTIONS**

COMES NOW the Debtor, by counsel, and files this Second Motion to extend the time for the filing of Debtor's Amended Chapter 13 Plan and Related Motions, and in support hereof states unto the Court as follows:

1.　On or about September 22, 2021 the Court sustained an objection to the Debtor's original Chapter 13 Plan.

2.　Pursuant to LBR 3015-2, the Debtor's Amended Chapter 13 Plan was due October 13, 2021, which date has been extended to October 27, 2021.

3.　Debtor needs additional time to review and sign an amended Chapter 13 plan.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time for the filing of Debtor's Amended Chapter 13 Plan and Related Motions and for such other relief as the Court may deem appropriate.

James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

Respectfully submitted,

JAMES HENRY CYRIAX
By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JAMES HENRY CYRIAX ) | Case No. 21−31764−KLP |
| ) | |
| Debtor ) | |

## NOTICE OF MOTION

The above Debtor has filed a Second Motion to extend the time for the filing of Debtor's Amended Chapter 13 Plan and Related Motions.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled for **November 23, 2021 at 10:00 a.m. at 701 E. Broad Street, Room 5100, Richmond, VA  23219**. If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

3

- **REMOTE HEARING INFORMATION**:

    Due to the COVID−19 public health emergency, no in-person hearings are being held.

    This hearing will take place remotely through Zoom on the date and time scheduled herein.

    To appear at the hearing, you must send, by email, a completed request form (the "Zoom Request Form"), which is available on the Court's internet website at www.vaeb.courts.gov, on the page titled, "Temporary Emergency Provisions Regarding ZoomGov Remote Proceeding Access Information." Email your completed Zoom Request Form to the email address listed for the Judge assigned to the case. Following receipt of your Zoom Request Form, Court staff will respond to the email address from which the request was submitted with additional information on how to participate through Zoom.

    ***The email address shall be used only to submit Zoom Request Forms. No other matters or requests will be considered by Court staff, and under no circumstances will any such matters or requests be brought to the Judge's attention. Failure to comply with these instructions may result in appropriate action, including but not limited to the imposition of sanctions.

    **\*\*\* PLEASE NOTE: You MUST submit the Zoom Request Form no later than two (2) business days prior to this hearing. Any documentary evidence the parties wish to present at the hearing must be filed with the Court in advance of the hearing.**

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                                                    Respectfully submitted,

                                                    JAMES HENRY CYRIAX
                                                    By Counsel

/s/ James E. Kane
James E. Kane (VSB# 30081)
KANE & PAPA, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 21-31764-KLP<br>Eastern District of Virginia<br>Richmond<br>Wed Oct 27 17:23:43 EDT 2021 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Advanta Credit Cards<br>c/o Resurgent Capital<br>PO Box 10368<br>Central, SC 29630-0000 | American Express<br>c/o Beckett and Lee<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Ashley Funding Services<br>P. O. Box 10587<br>Greenville, SC 29603-0587 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Atlantic Union Bank<br>P.O. Box 940<br>Ruther Glen, VA 22546-0940 |
| Beckett & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Birkdale Community Association<br>EQUITY EXPERTS<br>2391 PONTIAC RD<br>AUBURN HILLS, MI 48326-2462 | Birkdale Community Association<br>c/o ACS West AAMC<br>1904 Byrd Ave., Suite 100<br>Richmond, VA 23230-3027 |
| Brock & Scott PLLC<br>484 Viking Drive<br>Suite 203<br>Virginia Beach, VA 23452-7321 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Equity Experts<br>2391 Pontiac Road<br>Auburn Hills, MI 48326-2462 | Internal Revenue Service<br>Centralized Insolvency Operati<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014-1509 |
| Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | McMichael Taylor & Gray LLC<br>3550 Engineering Drive<br>Suite 260<br>Norcross, GA 30092-2871 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 |
| Miramed Revenue Group<br>Attn: Bankruptcy<br>360 E. 22nd Street<br>Lombard, IL 60148-4924 | (p)MISSION LANE LLC<br>PO BOX 105286<br>ATLANTA GA 30348-5286 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| US BANK TRUST NATIONAL ASSOCIATION, AS TRUST<br> the Bungalow Series IV Trust<br>SN Servicing Corp<br>323 Fifth St<br>Eureka, CA 95501-0305 | US Bank N.A.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Verizon<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |

Virginia Dept. of Taxation
P O Box 2156
Richmond, VA 23218-2156

Carl M. Bates
341 Dial 866-813-0912 Code: 8576180
P. O. Box 1819
Richmond, VA 23218-1819

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

James Henry Cyriax
14337 Old Bond Street
Chesterfield, VA 23832-4403

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219-1849

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mission Lane LLC
Attn: Bankruptcy
Po Box 105286
Atlanta, GA 30348-0000

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. Bank Trust National Association, as T

End of Label Matrix
Mailable recipients   34
Bypassed recipients    1
Total                 35